# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**FILED**

MAY - 4 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

—oOo—

UNITED STATES OF AMERICA

V.

GREGORY MITCHELL

## CRIMINAL COMPLAINT

CASE NUMBER:

2:07 - MJ - 0140 DAD

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about **April 23, 2007**, in the Eastern District of California, the above named defendant:

▸ **Did knowingly and intentionally possess with the intent to distribute at least 50 grams of a mixture and substance containing a detectable amount of cocaine base, a Schedule II controlled substance**

in violation of **Title 21**, United States Code, Section **841(a)(1)**. I further state that I am a Special Agent with Drug Enforcement Administration and that this complaint is based on the following facts:

▸ Please see the attached AFFIDAVIT, which is hereby incorporated and made part of this complaint.

Approved as to form: _____
Jill M. Thomas, AUSA

_____
Signature of Complainant
Andrzej Rogalski
Special Agent, Drug Enforcement Administration

Sworn to before me, and subscribed in my presence on

May 4, 2007                              in    Sacramento, California

Date                                          City and State

Hon. Dale A. Drozd                            _____
Name and Title of Judicial Officer            Signature of Judicial Officer

# AFFIDAVIT OF ANDRZEJ ROGALSKI

I, Andrzej Rogalski, being sworn, hereby state:

I. Background of Affiant.

I am employed by the Drug Enforcement Administration ("DEA") as a Special Agent, currently assigned to the San Francisco Field Division, and have been so employed since June 2003.

While serving as a Special Agent for the DEA, I have participated in numerous investigations of illicit drug trafficking organizations. These investigations have involved the use of undercover officers and confidential informants, physical surveillance, electronic surveillance, telephone toll analysis, investigative interviews, and the service of search and arrest warrants. In addition, I attended and graduated from the DEA Basic Agent School in Quantico, Virginia, where I received over 300 hours of comprehensive, formalized instruction in such matters as drug identification, detection, and interdiction; money laundering techniques; and asset identification, seizure, and forfeiture.

This affidavit is made in support of the issuance of an Arrest Warrant and Criminal Complaint. The facts set forth in this affidavit are known to me as a result of my personal participation in this investigation, through conversations with other agents who have participated in this investigation, and from reviewing official reports, documents, and other evidence obtained as a result of this investigation. The following is not an exhaustive enumeration of the facts that I have learned during the course of this investigation but are the facts which I believe provide probable cause to arrest and charge the individual named herein.

II. Execution of Probation Search

On April 23, 2007, members of the Stockton Police Department Gang Street Enforcement Team (GSET) Officers conducted a probation search at 1629 E. Washington Street, Stockton, California.

On April 23, 2007, at approximately 8:19P.M., Stockton Police (GSET) Officers arrived at 1629 E. Washington Street. Prior to arriving, GSET officers had information about narcotics and weapons associated with MITCHELL at the 1629 E. Washington Street address. Officers knocked on the door and Elisa Harris answered the door. Harris was advised that the officers were conducting a probation search on Gregory MITCHELL. Harris and her son were detained outside the residence while officers searched the residence for MITCHELL. MITCHELL was located coming through the kitchen. MITCHELL was detained while officers searched MITCHELL's room for contraband.

Inside of MITCHELL's room officers located a black case containing an AR-15 assault rifle with approximately 200 rounds of .223 caliber rounds in the bedroom closet. Officers also found a zip lock bag containing 128.07 grams of suspected cocaine in the top right drawer of the dresser located along the east wall of the master bedroom. Upon finding the suspected cocaine, officers contacted the narcotics unit to come and take over the scene. Officers Jimmy Fritz, Mathew Garlick and Dean Happel arrived at the location and continued the search along with the aforementioned officers.

Officers found 19.32 grams of suspected crack cocaine on the floor of the North West bedroom. Two boxes of bullets were located on the top shelf of the master bedroom closet. One box contained 23 rounds of 380 caliber ammunition and the second box contained 6 rounds of Magtech 40 caliber ammunition. Approximately 5.01 grams of suspected crack cocaine was located in a box of sandwich bags that was found inside the same dresser in which the 128.07 grams of cocaine was found in. Also within the aforementioned dresser a Bryco-Arms 9mm handgun was found containing no magazine but there was a live round chambered in the gun. The magazine for the gun was located next to the weapon and it contained 10 rounds. Approximately $8,999.00 of U.S. Currency was located inside of the dresser drawer. A digital scale was located on the nightstand in the master bedroom as was approximately 2.99 grams of suspected cocaine.

Officers further conducted a search of the bathroom and located a gallon size zip lock bag containing 246.12 grams of suspected powder cocaine. The aforementioned powdered cocaine was located inside a hole in the north wall of the bathroom. While retrieving the 246.12 grams of suspected powdered cocaine, officers found approximately 127.04 grams of suspected crack cocaine sitting loose on the cross beams inside the wall where the hole was made.

The suspected cocaine items were valtox tested and all tested presumptively positive for the presence of cocaine. The items were then handled pursuant to Stockton Police Department policy and procedure, booking the exhibit into evidence.

Based upon the above, I have determined that there is probable cause to believe that on April 23, 2007 Gregory MITCHELL knowingly and intentionally possessed over 50 grams of cocaine base in violation of Title 21, United States Code, Section 841(a)(1).

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge and belief.

ANDRZEJ ROGALSKI
Special Agent

Subscribed and sworn to before me

on: May 4, 2007

U.S. Magistrate Judge