1  McGREGOR W. SCOTT
   United States Attorney
2  JILL THOMAS
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2781

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | CR. 07-209-WBS |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [~~PROPOSED~~] ORDER |
| | ) | CONTINUING STATUS CONFERENCE AND |
| v. | ) | EXCLUDING TIME |
| | ) | |
| Gregory Mitchell | ) | |
| | ) | |
| Defendant. | ) | Hon. William B. Shubb |

The parties request and stipulate that the time beginning August 20, 2007, and extending through December 10, 2007 and stipulate should be excluded from the calculation of time under the Speedy Trial Act.  Defendant Mitchell and the United States submit that the ends of justice are served by the Court excluding such time, in order to permit the counsel a reasonable time for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv).  In particular, the parties are working toward a resolution to the case need more time to evaluate the evidence and negotiate disputed issues.  The parties stipulate and agree that the interests of justice served

1

1  by granting this continuance outweigh the best interests of the
2  public and the defendant in a speedy trial.  18 U.S.C. §
3  3161(h)(8)(A) and local code T-4.  The Court on August 20, 2007
4  ordered a T-4 exclusion of time until December 10, 2007.

                                              Respectfully Submitted,

                                              McGREGOR W. SCOTT
                                              United States Attorney

9  Dated: October 17, 2007                By:/s/ Jill Thomas
                                                 JILL THOMAS
10                                          Assistant U.S. Attorney

11 Dated: October 17, 2007                By:/s/ Ralph Cingcon
                                               RALPH CINGCON
12                                          Attorney for defendant
                                         Gregory Mitchell

**ORDER**

In case number 07-209 WBS, the time beginning August 20, 2007, and extending through December 10, 2007, is excluded from the calculation of time under the Speedy Trial Act. The Court finds that interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A) and local code T-4. **The Status Conference is continued from October 22, 2007 to December 10, 2007 at 8:30 a.m.**

IT IS SO ORDERED.

Dated:   October 17, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE