```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  JILL THOMAS
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2781
 5
 6
 7
 8            IN THE UNITED STATES DISTRICT COURT FOR THE
 9                  EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,      )
                                   )  CR. 07-209-WBS
12          Plaintiff,             )
                                   )  STIPULATION AND [PROPOSED] ORDER
13                                 )  CONTINUING STATUS CONFERENCE AND
        v.                         )  EXCLUDING TIME
14                                 )
    Gregory Mitchell               )
15                                 )
            Defendant.             )  Hon. William B. Shubb
16  _____)
17
18       The parties request and stipulate that the time beginning
19  January 28, 2008, and extending through March 31, 2008 and
20  stipulate should be excluded from the calculation of time under
21  the Speedy Trial Act.  We respectfully request the Court to
22  vacate the status conference date on March 10, 2008 and set it
23  for March 31, 2008.  Defendant Mitchell and the United States
24  submit that the ends of justice are served by the Court excluding
25  such time, in order to permit the counsel a reasonable time for
26  effective preparation, taking into account the exercise of due
27  diligence.  18 U.S.C. § 3161(h)(8)(B)(iv).  In particular, the
28  parties are working toward a resolution to the case need more
```

1

1  time to evaluate the evidence and negotiate disputed issues.  The
2  parties stipulate and agree that the interests of justice served
3  by granting this continuance outweigh the best interests of the
4  public and the defendant in a speedy trial.  18 U.S.C. §
5  3161(h)(8)(A) and local code T-4.  The Court on January 28, 2008
6  ordered a T-4 exclusion of time until March 10, 2008.  We
7  respectfully request an exclusion of time until March 31, 2008.

```
                                        Respectfully Submitted,

                                        McGREGOR W. SCOTT
                                        United States Attorney

Dated: February 28, 2008                By:/s/ Jill Thomas
                                           JILL THOMAS
                                           Assistant U.S. Attorney

Dated: February 28, 2008                By:/s/ Ralph Cingcon
                                           RALPH CINGCON
                                           Attorney for defendant
                                           Gregory Mitchell
```

**ORDER**

In case number 07-209 WBS, the time beginning January 28, 2008, and extending through March 31, 2008, is excluded from the calculation of time under the Speedy Trial Act.  The Court finds that interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A) and local code T-4.  A new status conference date is set for March 31, 2008 at 8:30 a.m.

IT IS SO ORDERED.

Dated:   February 28, 2008

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE